

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: National Interstate Insurance Company

No. 06-13-00029-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed as moot. Therefore, we dismiss the petition.

RENDERED MAY 23, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk